## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CHIMBECCA JARVIS, | CV 20-37-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Defendant electronically filed the certified administrative record in this matter on February 1, 2021. (Doc. 20.) **IT IS HEREBY ORDERED** that on or before **October 22, 2021,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 14th day of October 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1