UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHIMBECCA ROYLANCE JARVIS,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV-20-037-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's order dated 2/28/2023, Doc. 34, the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings.

Dated this 28th day of February, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk